| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>James K.T. Hunter (CA Bar No. 73369)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-6910<br>Facsimile:   (310) 201-0760<br>Email:  jhunter@pszjlaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Richard M. Pachulski, Chapter 11 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 06 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>                                                   Debtor.<br>_____<br>RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>                                                   Plaintiff,<br>vs.<br><br>JEFFERY YOUNG, CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, NEIFERT KHORSHID, a professional law corporation, and DOES 1 through 10,<br><br>                                                   Defendants. | CASE NO.:          2:17-bk-19548-NB<br>CHAPTER:          11<br>ADVERSARY NO: 2:18-ap-01233-NB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE:  November 27, 2018<br>TIME:  11:00 a.m.<br>COURTROOM: 1545<br>ADDRESS:         255 E. Temple Street<br>                              Los Angeles, CA  90012 |

1. A status conference took place on the date and time indicated above:  November 27, 2018 at 11:00 a.m.

2. Parties and counsel were present as reflected in the court record:

3. This matter is disposed of as follows:

   a. ☒ Continued to the following date for a further status conference:     (*date*) April 30, 2019 (*time*) 11:00 a.m.

   b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*):  April 16, 2019

   c. ☐ The last day to join other parties and to amend pleadings is (*specify date*):

   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*):

   e. ☐ The last date for pre-trial motions to be heard is (*date*):

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014* | Page 1 | **F 7016-1.2.ORDER.STATUS.CONF**

DOCS_LA:318150.1 51414/001

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: <u>March 30, 2019</u> (non-expert – see m. below)

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)*
  ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)*
  ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*:

j. ☐ A trial is set for *(date)* _____ *(time)*

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
  ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: The parties are to exchange any expert reports by March 15, 2019 and complete any expert discovery by April 15, 2019.

###

Date: December 6, 2018

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF

DOCS_LA:318150.1 51414/001