Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERY YOUNG, CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, NEIFERT KHORSHID, a professional law corporation, and DOES 1 through 10,<br><br>Defendants. | Adv. Case No.: 2:18-ap-01233-NB<br><br>**STIPULATION TO DISMISS ADVERSARY ACTION WITH PREJUDICE AS TO DEFENDANT JEFFERY YOUNG** |

Pursuant to Federal Rule of Civil Procedure 41(a), made applicable herein pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Richard M. Pachulski, as Chapter 11 Trustee for Layfield & Barrett, APC, and Defendant, Jeffery Young, herein stipulate to the dismissal of the

DOCS_LA:320645.1 51414/001

1  above-captioned adversary proceeding with prejudice.

Dated:   March 31, 2019                         LAW OFFICE OF GARY R. WALLACE

                                                By _____
                                                      Gary R. Wallace

                                                Attorneys for Jeffery Young


Dated:  April 1, 2019                           PACHULSKI STANG ZIEHL & JONES LLP

                                                By   /s/ James K.T. Hunter
                                                     James K.T. Hunter

                                                Attorneys for Plaintiff Richard M. Pachulski,
                                                Chapter 11 Trustee for the bankruptcy estate of
                                                Layfield & Barrett, APC

2

DOCS_LA:320645.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***STIPULATION TO DISMISS ADVERSARY ACTION WITH PREJUDICE AS TO DEFENDANT JEFFERY YOUNG*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 1, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- *M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com*
- *James KT Hunter     jhunter@pszjlaw.com*
- *United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov*
- *Gary R Wallace     garyrwallace@ymail.com*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 1, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges  Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2019 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:317360.1 51414/001