James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERY YOUNG, CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, NEIFERT KHORSHID, a professional law corporation, and DOES 1 through 10,<br><br>Defendants. | Adv. Case No.: 2:18-ap-01233-NB<br><br>**STIPULATION FOR CONTINUANCE OF HEARINGS ON REMAINING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Current Hearing Date on Motions for Summary Judgment<br>Date:  December 10, 2019<br>Time:  11:00 a.m.<br>Place: Courtroom 1545<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

TO THE HONORABLE NEIL BASON; AND ALL INTERESTED PARTIES:

This Stipulation is entered into by and between Plaintiff RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC, ("Plaintiff") and Defendants CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, and NEIFERT KHORSHID, a professional law corporation ("Defendants" and jointly referred to as the "Parties").

DOCS_LA:325963.1 51414/001

## RECITALS

A.  The hearings on the two separate Motions for Summary Judgment [Docket Nos. 30 and 33] (the "Pending MSJ Motions") filed by Defendants are currently set for hearing on December 10, 2019 at 11:00 a.m.  As earlier reported to the Court [Docket No. 29, page 3, lines 4-5], the Parties had intended to conduct a mediation by no later than mid-October, 2019, but have only recently selected a mediator, Michael Kogan, and are in the process of setting a mediation date in December, 2019.

B.  The Parties desire to have the mediation occur before the Parties or this Court expend any further time in connection with the Pending MSJ Motions and therefore request that the Court reschedule the hearings on the Pending MSJ Motions for February 18, 2020 at 11:00 a.m., or such other date and time as is convenient for the Court.

C.  The Parties jointly request that the Court continue the hearings on the Pending MSJ Motions in this matter now set for December 10, 2019 to February 18, 2020 at 11:00 a.m. or such other date and time as is convenient for the Court.

Dated: November 14, 2019        PACHULSKI STANG ZIEHL & JONES LLP

/s/ James K.T. Hunter
James K.T. Hunter

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC

Dated: November 14, 2019        RESNIK HAYES MORADI LLP

M. Jonathan Hayes

Attorneys for Defendants,
Conal Doyle, Wilshire Law Firm, PLC,
Babak Bobby Saadian, and Neifert Khorshid, a professional law corporation

DOCS_LA:325963.1 51414/001

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*):
**STIPULATION FOR CONTINUANCE OF HEARINGS ON REMAINING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 14, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **James KT Hunter**   jhunter@pszjlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Gary R Wallace**   garyrwallace@ymail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 14, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 14, 2019 | MARY DE LEON | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:326017.1 51414/001