James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

FILED & ENTERED

NOV 15 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEFFERY YOUNG, CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, NEIFERT KHORSHID, a professional law corporation, and DOES 1 through 10,<br><br>　　　　Defendants. | Adv. Case No.: 2:18-ap-01233-NB<br><br>**ORDER ON STIPULATION FOR CONTINUANCE OF HEARINGS ON REMAINING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br><u>Current Hearing Date on Motions for Summary Judgment</u><br>Date:　December 10, 2019<br>Time:　11:00 a.m.<br>Place:　Courtroom 1545<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA  90012 |

The Court, having read and considered the *Stipulation for Continuance of Hearings on Remaining Defendants' Motions for Summary Judgment* [<u>Adv.</u> Docket No. 36] (the "<u>Stipulation</u>") filed by Plaintiff, Richard M. Pachulski, in his capacity as the Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett, APC, and with good cause shown,

DOCS_LA:325963.1 51414/001

IT IS HEREBY ORDERED that:

1. the Stipulation is approved; and

2. the hearings on the Pending MSJ Motions in this matter now set for December 10, 2019 is continued to February 18, 2020 at 11:00 a.m.

####

Date: November 15, 2019

Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:325963.1 51414/001

2