James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11 |
| RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERY YOUNG, CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, NEIFERT KHORSHID, a professional law corporation, and DOES 1 through 10,<br><br>Defendants. | Adv. Case No.: 2:18-ap-01233-NB<br><br>**JOINT STATEMENT OF PARTIES RE SETTLEMENT AND RULE 9019(a) MOTION**<br><br>Pretrial Conference Date: February 18, 2020<br>Time: 11:00 a.m.<br>Place: Courtroom 1545<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL BASON; AND ALL INTERESTED PARTIES**:

Plaintiff RICHARD M. PACHULSKI, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC, ("Plaintiff") and Defendants CONAL DOYLE, WILSHIRE LAW FIRM, PLC, BABAK BOBBY SAADIAN, and NEIFERT KHORSHID, a professional law corporation ("Defendants" and jointly referred to with Plaintiff as the "Parties") have finally settled all of the remaining claims asserted in the above-captioned adversary proceeding, subject to this Court's

DOCS_LA:327579.1 51414/001

approval of a motion pursuant to Bankruptcy Code Rule 9019(a) currently set for hearing on March 3, 2020 at 1 p.m. (the "Remaining Claims 9019 Motion").

Accordingly the Parties request that the Court take the current hearing date and time of February 18, 2020 at 11:00 a.m. for Defendants' motions for summary judgment be taken off calendar to be reset if necessary following the hearing on the Remaining Claims 9019 Motion on March 3, 2020 at 1 p.m.

Dated: February 13, 2020        PACHULSKI STANG ZIEHL & JONES LLP


/s/ James K.T. Hunter
James K.T. Hunter

Attorneys for Plaintiff Richard M. Pachulski, Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC

Dated: February 13, 2020        RESNIK HAYES MORADI LLP


M. Jonathan Hayes

Attorneys for Defendants,
Conal Doyle, Wilshire Law Firm, PLC,
Babak Bobby Saadian, and Neifert Khorshid, a professional law corporation

2

DOCS_LA:327579.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATEMENT OF PARTIES RE SETTLEMENT AND RULE 9019(a) MOTION** in support thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 13, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 13, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 13, 2020 | Mary de Leon | */s/ Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327603.1 51414/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:18-ap-01233-NB**

- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- James KT Hunter    jhunter@pszjlaw.com
- Michael S Kogan    mkogan@koganlawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327603.1 51414/001