1  James K.T. Hunter (CA Bar No. 73369)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California  90067
3  Telephone: 310/277-6910
   Facsimile:  310/201-0760
4  E-mail:  jhunter@pszjlaw.com

5  Attorneys for Plaintiff Richard M. Pachulski, Chapter 11
   Trustee for the Bankruptcy Estate of Layfield & Barrett, APC
6

**FILED & ENTERED**

**APR 23 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

7           **UNITED STATES BANKRUPTCY COURT**

8    **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

CHANGES MADE BY COURT

9

10  In re:                                    Case No.: 2:17-bk-19548-NB

11  LAYFIELD & BARRETT, APC,                  Chapter 11

12                          Debtor.

13

14  RICHARD M. PACHULSKI, Chapter 11          Adv. Case No.: 2:18-ap-01233-NB
    Trustee for the bankruptcy estate of Layfield &
15  Barrett, APC,                             **ORDER DISMISSING ADVERSARY
                                              PROCEEDING WITH PREJUDICE**
16                          Plaintiff,

17  vs.

18  JEFFERY YOUNG, CONAL DOYLE,
    WILSHIRE LAW FIRM, PLC, BABAK
19  BOBBY SAADIAN, NEIFERT KHORSHID,
    a professional law corporation, and DOES 1
20  through 10,

21                          Defendants.

22          The Court, having considered the parties' stipulation to a voluntary dismissal, with prejudice,

23  of the above captioned adversary proceeding (adv. dkt. 45, the "Stipulation"),

24  //

25

26

27

28

DOCS_LA:328704.1 51414/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IT IS HEREBY ORDERED** that the <u>Stipulation is approved and the</u> above-captioned adversary proceeding is dismissed with prejudice.

The Parties shall bear their own attorneys' fees and costs in connection with the above-captioned case and above-captioned bankruptcy case.

####

Date: April 23, 2020

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:328704.1 51414/001